BADIAK WILL & RUDDY, LLP
Attorneys for Defendant
WATERS EDGE RESTAURANT
120 Broadway, Suite 1040
New York, New York 10271-0079
(212) 376-6767
Our Ref.: 05-A-004-AW

------------------------------------------------------X
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

LOLA STERN and MAX KORNER,

            Plaintiffs,

  -against-

WATERS EDGE RESTAURANT, MARIKA
SOMERSTEIN and SOMERSTEIN CATERERS
OF LAWRENCE, INC.,

            Defendants.
------------------------------------------------------X

05 Civ. 1868 (Pollack M.J.)

**STIPULATION AND ORDER OF DISCONTINUANCE**

    The matter having been settled it is hereby discontinued without costs and with prejudice as to all parties.

DATED:    New York, New York
            July 1, 2005

SO ORDERED:

_____ 7/13/05
UNITED STATES DISTRICT JUDGE

BADIAK WILL & RUDDY, LLP
Attorneys for Defendant
WATERS EDGE RESTAURANT

By: _____
ALFRED J. WILL (AJW 2485)
120 Broadway, Suite 1040
New York, New York 10271
(212) 376-6767
Our Ref.: 05-A-004-AW


SAMUEL & OTT, LLC
Attorneys for Plaintiffs
LOLA STERN & MAX KORNER

By: _____
STEVE B. SAMUEL
3000 Marcus Avenue
Lake Success, New York 11042


**NO APPEARANCE**
Marika Somerstein
Waters Edge Restaurant
44th Drive & East River
Long Island City, New York 11101


**NO APPEARANCE**
Somerstein Caterers of Lawrence, Inc.
140 Central Avenue
Lawrence, New York 11559